965 F.2d 772
 UNITED STATES of America, Plaintiff-Appellee,
v.
George Stephen AGUILAR-CORREA, aka El Grande, Defendant-Appellant.
 No. 90-10002.
 United States Court of Appeals,
Ninth Circuit.
 May 29, 1992.
 
 1
 Before: BRUNETTI and RYMER, Circuit Judges, and WILSON,* District Judge.
 
 ORDER
 
 2
 Appellee's petition for rehearing is denied. The order filed January 9, 1992, 953 F.2d 558, (9th Cir.) is withdrawn. The mandate shall issue forthwith.
 
 
 
 *
 The Honorable Stephen V. Wilson, United States District Judge for the Central District of California, sitting by designation